1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            2:04-CV-00204-DFL-DAD

12          Plaintiff,
                                         STIPULATION AND ORDER FOR
13     v.                                INTERLOCUTORY SALE OF 2002 GMC
                                         DENALI, VIN:1GKFK66U32J199497,
14  1.  APPROXIMATELY $44,888.35         NEVADA LICENSE NO. 661NHJ,
    SEIZED DECEMBER 3, 2003, FROM        REGISTERED TO CARLO R. MIRELES
15  WELLS FARGO BANK ACCOUNT NO.
    141-4412260, HELD IN THE NAME OF
16  RED ROCK GROUP, LLC,

17  2.  APPROXIMATELY $42,480.93
    SEIZED DECEMBER 3, 2003, FROM
18  WELLS FARGO BANK ACCOUNT NO.
    856-6284678, HELD IN THE NAME OF
19  FIDELE UTILE MEILLEUR FAMILIAL,
    LLC,
20
    3.  APPROXIMATELY $4,700.00
21  SEIZED DECEMBER 3, 2003, FROM
    WELLS FARGO BANK ACCOUNT NO.
22  101-0099594, HELD IN THE NAME OF
    CARLO MIRELES,
23
    4.  APPROXIMATELY $7,097.71
24  SEIZED DECEMBER 3, 2003, FROM
    WELLS FARGO BANK ACCOUNT NO.
25  693-4332799, HELD IN THE NAME OF
    CARLO MIRELES,
26
    5.  APPROXIMATELY $11,772.14
27

28                                       1

| | |
|---|---|
| 1 | SEIZED DECEMBER 3, 2003, FROM |
| 2 | WELLS FARGO BANK ACCOUNT NO. 063-2395307, HELD IN THE NAME OF |
| 3 | SCOTT POLL/CARLO MIRELES POA, |

6.  APPROXIMATELY $1,941.42 SEIZED DECEMBER 3, 2003, FROM WELLS FARGO BANK ACCOUNT NO. 063-2708806, HELD IN THE NAME OF WEST COAST ENTERTAINMENT, INC.,

7.  APPROXIMATELY $12,268.67 SEIZED DECEMBER 3, 2003, FROM WELLS FARGO BANK ACCOUNT NO. 046-5084093, HELD IN THE NAME OF SCOTT POLL DBA WEST COAST ELECTRONICS,

8.  APPROXIMATELY $119,513.39 SEIZED DECEMBER 3, 2003, FROM WASHINGTON MUTUAL BANK ACCOUNT NO. 429-444659-1, HELD IN THE NAME OF SCOTT POLL, AND

9.  2002 GMC DENALI, VIN:1GKFK66U32J199497, NEVADA LICENSE NO. 661NHJ, REGISTERED TO CARLO R. MIRELES,

Defendants.

1.  The United States of America, by and through its counsel, Courtney J. Linn, Assistant United States Attorney, filed this action in the Eastern District of California on January 29, 2004, seeking the forfeiture of the 2002 GMC Denali, Nevada License No. 661NHJ, VIN:1GKFK66U32J199497, Registered to Carlo R. Mireles, (hereinafter the "defendant vehicle").

2.  On or about February 10, 2004, the defendant vehicle was arrested. Notice of the action was published on March 8, 15 and 22, 2004 in the <u>Daily Recorder</u> (Sacramento County) and on April 30, May 7 and 14, 2004 in the <u>Las Vegas Review Journal</u>.

3.   On February 12, 2004, Potential Claimant Carlo Mireles entered a guilty plea in the parallel criminal case of *U.S. v. Carlo Mireles, et al.*, CR-S-03-0535 DLF.  As part of his plea, Mireles agreed to execute any documents required to forfeit the defendant vehicle.

4.   On March 18, 2004, a Stipulation for Final Judgment of Forfeiture was filed wherein Potential Claimant Carlo Mireles voluntarily forfeited all his right, title and interest in the defendant vehicle.  Potential Claimant Carlo Mireles stipulated that the above-captioned assets, including the defendant vehicle, constitute or were derived from the proceeds of the mail fraud offense to which he has pleaded guilty in violation of 18 U.S.C. §§ 1341 and/or were involved in, or traceable to the violation of 18 U.S.C. § 1956(h) to which he has pleaded guilty.

5.   On or about March 29, 2004, Franklin Capital Corporation submitted a verified claim to the U.S. Attorney's Office.  In that claim, they stated that on or about March 25, 2002, Potential Claimant Carlo R. Mireles executed and delivered to Franklin Capital Corporation a promissory note in the principal amount of $32,506.60.  The note was and is secured by an automobile certificate of title to the defendant vehicle issued and recorded on May 4, 2002.  As of March 29, 2004, the principal due and owing to Franklin Capital Corporation was $3,849.73 and interest due and owing was $139.48.  The interest continues to accrue at a rate of $1.07 per day (9.95% per annum).  That claim was not filed with the Court.

6.   No other person or entity has filed a claim to the defendant

vehicle and the time to do so has expired[1] .

    7.  The parties agree that the defendant vehicle should be sold to preserve its value pending further order of the Court.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that plaintiff, United States of America, Potential Claimant Carlo Mireles and lien holder Franklin Capital Corporation, by and through their undersigned counsel, consent to the following:

    1.  The legal description of the defendant vehicle is: 2002 GMC Denali, Nevada License number 661NHJ, VIN:1GKFK66U32J199497, and owner of record is Carlo R. Mireles.

    2.  In furtherance of the interlocutory sale, Potential Claimant Carlo Mireles agrees to execute promptly any documents that may be required to complete the interlocutory sale of the defendant vehicle.

    3.  The Secretary of Treasury, or his designee, shall sell the defendant vehicle in the most commercially feasible manner, as soon as reasonably possible, for the maximum price.

    4.  Upon the sale of the defendant vehicle, the net sale proceeds, less any payment to satisfy Franklin Capital Corporation's loan, and less any storage fees, maintenance fees, disposal costs and auctioneer fees, will be deposited in the U.S. Treasury Asset Forfeiture Suspense Account as the substitute *res* in this case, and held pending further order of the Court. As of March 29, 2004, the principal due and owing to Franklin Capital Corporation was $3,849.73 and interest due and owing was $139.48. The interest continues to accrue at a rate of $1.07 per day (9.95% per annum).

---

[1] Darryl Scott Poll filed a claim to other assets in the case. His claim remains to be adjudicated.

4

1      5.  The parties acknowledge that they have obtained the advice
2 of counsel, or have declined to do so, and that they are entering into
3 this stipulation for interlocutory sale knowingly and voluntarily.
4      6.  All parties are to bear their own costs and attorneys'
5 fees.

6 Dated: 6/30/06                McGREGOR W. SCOTT
                                United States Attorney
7

8                               /s/ Kristin S. Door for
                                COURTNEY J. LINN
9                               Assistant U.S. Attorney

10

11
   Dated: 6-6-06                /s/ Carlo Mireles
12                              CARLO MIRELES
                                Potential Claimant
13

14
   Dated: 6/27/06               /s/ Daniel J. Broderick
15                              DANIEL J. BRODERICK
                                Attorney for Potential Claimant
16                              Carlo Mireles

17

18 Dated: June 1, 2006           /s/ Dave Morris
                                DAVE MORRIS, Vice President
19                              Franklin Capital Corporation

20                              (Original signatures retained by
                                attorney)
21

22                              **ORDER**

23      IT IS SO ORDERED.

24

25 DATED: July 7, 2006           /s/ David F. Levi
                                DAVID F. LEVI
26                              United States District Judge

27

28
                                    5