```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   2:04-CV-00204-JAM-DAD
                                   )
12           Plaintiff,            )   **FINAL JUDGMENT OF**
                                   )   **FORFEITURE**
13       v.                        )
                                   )
14  1.  APPROXIMATELY $44,888.35   )
    SEIZED DECEMBER 3, 2003, FROM  )
15  WELLS FARGO BANK ACCOUNT NO.   )
    141-4412260, HELD IN THE NAME  )
16  OF RED ROCK GROUP, LLC,        )
                                   )
17  2.  APPROXIMATELY $42,480.93   )
    SEIZED DECEMBER 3, 2003, FROM  )
18  WELLS FARGO BANK ACCOUNT NO.   )
    856-6284678, HELD IN THE NAME  )
19  OF FIDELE UTILE MEILLEUR       )
    FAMILIAL, LLC,                 )
20                                 )
    3.  APPROXIMATELY $4,700.00    )
21  SEIZED DECEMBER 3, 2003, FROM  )
    WELLS FARGO BANK ACCOUNT NO.   )
22  101-0099594, HELD IN THE NAME  )
    OF CARLO MIRELES,              )
23                                 )
    4.  APPROXIMATELY $7,097.71    )
24  SEIZED DECEMBER 3, 2003, FROM  )
    WELLS FARGO BANK ACCOUNT NO.   )
25  693-4332799, HELD IN THE NAME  )
    OF CARLO MIRELES,              )
26                                 )
    5.  APPROXIMATELY $11,772.14   )
27  SEIZED DECEMBER 3, 2003, FROM  )
    WELLS FARGO BANK ACCOUNT NO.   )
28  063-2395307, HELD IN THE NAME  )

                                   1
```

```
OF SCOTT POLL/CARLO MIRELES   )
POA,                          )
                              )
6.  APPROXIMATELY $1,941.42   )
SEIZED DECEMBER 3, 2003, FROM )
WELLS FARGO BANK ACCOUNT NO.  )
063-2708806, HELD IN THE NAME )
OF WEST COAST ENTERTAINMENT,  )
INC.,                         )
                              )
7.  APPROXIMATELY $12,268.67  )
SEIZED DECEMBER 3, 2003, FROM )
WELLS FARGO BANK ACCOUNT NO.  )
046-5084093, HELD IN THE NAME )
OF SCOTT POLL DBA WEST COAST  )
ELECTRONICS,                  )
                              )
8.  APPROXIMATELY $119,513.39 )
SEIZED DECEMBER 3, 2003, FROM )
WASHINGTON MUTUAL BANK ACCOUNT)
NO. 429-444659-1, HELD IN THE )
NAME OF SCOTT POLL, AND       )
                              )
9.  2002 GMC DENALI,          )
VIN:1GKFK66U32J199497, NEVADA )
LICENSE NO. 661NHJ, REGISTERED)
TO CARLO R. MIRELES,          )
                              )
          Defendants.         )
_____)
```

Pursuant to the Stipulations for Final Judgment of Forfeiture between the United States and potential claimant Carlo Mireles filed on March 18, 2004, and between the United States and claimant Darryl Scott Poll filed herein, the Court finds:

1.   This is a civil forfeiture action against certain assets listed in the above-caption seized on or about December 3, 2003, (hereinafter the "defendant assets").  The defendant assets were seized on lands both within and outside the Eastern District of California, ie., in Sacramento, California and Las Vegas, Nevada.

2.   A Complaint for Forfeiture In Rem (hereafter "Complaint") was filed on or about January 29, 2004, seeking the forfeiture of the defendant assets, alleging that said defendant

2

assets are subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C), 984 and/or 981(a)(1)(A).

3.  On or about January 29, 2004, the Court issued a Warrant and Summons for Arrest of Articles <u>In Rem</u> for the defendant assets, and that warrant was duly executed.

4.  On or about January 30, 2004, copies of the Complaint, Warrant and Summons for Arrest of Articles <u>In Rem</u>, Application and Order for Publication, Notice of Related Case and court notices were served on Carlo Mireles' attorney, Rachelle Barbour at the Federal Defender's Office, by certified mail number 7002 3150 0001 2052 5669.  On or about February 2, 2004, copies of the above-listed documents were served on Darryl Scott Poll's attorney, Anthony J. Siciliano, by certified mail number 7002 3150 0001 2052 5614.

5.  On or about March 8, 15 and 22, 2004, a Public Notice of Arrest of the defendant assets appeared by publication in <u>The Daily Recorder</u> (Sacramento County).  On April 30, May 7 and 14, 2004, a Public Notice of Arrest of the defendant assets appeared by publication in the <u>Las Vegas Review Journal</u> (Clark County, Nevada).  Both are newspapers of general circulation in the counties in which the defendant assets were seized.  The Proofs of Publication were filed with the Court on March 30 and May 25, 2004.

6.  Claimant Darryl Scott Poll filed Claims to some of the defendant assets and Answers to the Complaint.  He claimed an interest in defendants Approximately $11,772.14 seized December 3, 2003, from Wells Fargo Bank Account No. 063-2395307; Approximately $1,941.42 seized December 3, 2003, from Wells Fargo

3

1  Bank Account No. 063-2708806; Approximately $12,268.67 seized
2  December 3, 2003, from Wells Fargo Bank Account No. 046-5084093;
3  and Approximately $119,513.39 seized December 3, 2003, from
4  Washington Mutual Bank Account No. 429-444659-1.
5     7.  Although Carlo Mireles did not file a claim or an
6  answer, he did enter into a Stipulation for Final Judgment of
7  Forfeiture that was filed on March 18, 2004, forfeiting his
8  interest in those specific defendant assets listed in the
9  stipulation to the United States.
10    8.  North American Bancard filed a Claim regarding the
11 defendant Approximately $44,888.35 seized December 3, 2003, from
12 Wells Fargo Bank Account No. 141-4412260, and an Answer to
13 the Complaint.  On August 22, 2005, a Memorandum of Opinion and
14 Order was filed granting Plaintiff's Motion to Dismiss North
15 American Bancard's claim.
16    9.  No other parties have filed claims or answers in this
17 matter, and the time for which any person or entity may file a
18 claim and answer has expired.
19    Based on the above findings, and the files and records of
20 the Court, it is hereby
21    ORDERED AND ADJUDGED:
22    1.  The Court adopts the Stipulations for Final Judgment of
23 Forfeiture entered into by and between the parties to this
24 action.
25    2.  Judgment is hereby entered against potential claimant
26 Carlo Mireles, claimant Darryl Scott Poll, and all other
27 potential claimants who have not filed claims in this action.
28    3.  Pursuant to 18 U.S.C. §§ 981(a)(1)(C), 984 and/or

4

981(a)(1)(A), potential claimant Carlo Mireles' and claimant Darryl Scott Poll's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    (i).  Approximately $44,888.35 seized December 3, 2003, from Wells Fargo Bank Account No. 141-4412260, held in the name of Red Rock Group, LLC;

    (ii). Approximately $42,480.93 seized December 3, 2003, from Wells Fargo Bank Account No. 856-6284678, held in the name of Fidele Utile Meilleur Familial, LLC;

    (iii). Approximately $4,700.00 seized December 3, 2003, from Wells Fargo Bank Account No. 101-0099594, held in the name of Carlo Mireles;

    (iv). Approximately $7,097.71 seized December 3, 2003, from Wells Fargo Bank Account No. 693-4332799, held in the name of Carlo Mireles;

    (v). Approximately $11,772.14 seized December 3, 2003, from Wells Fargo Bank Account No. 063-2395307, held in the name of Scott Poll/Carlo Mireles POA;

    (vi). The net proceeds from the sale of the 2002 GMC Denali, VIN 1GKFK66U32J199497, Nevada License No. 661NHJ, registered to Carlo R. Mireles[1]; and

    (vii). Approximately $1,941.42 seized December 3, 2003, from Wells Fargo Bank Account No. 063-2708806, held in the name of West Coast Entertainment, Inc.;

    (viii). Approximately $12,268.67 seized December 3, 2003, from Wells Fargo Bank Account No. 046-5084093, held in the name of Scott Poll DBA West Coast Electronics; and

    (ix). Approximately $77,513.39 of the $119,513.39 seized December 3, 2003, from Washington Mutual Bank Account No. 429-444659-1, held in the name of Scott Poll.

---

[1] On July 7, 2006, a Stipulation and Order for Interlocutory Sale of the 2002 GMC Denali was filed authorizing the sale of the vehicle by the Internal Revenue Service.

5

    4.  Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, $42,000.00 of the $119,513.39 seized from Washington Mutual Bank Account No. 429-444659-1, together with any interest that may have accrued on $42,000.00 from the date of seizure, shall be returned to the Poll Irrevocable Trust.  The Internal Revenue Service shall issue a check in the amount of $42,000.00, plus any accrued interest, made payable to the Poll Irrevocable Trust, and shall send it to Leonard P. Smith, Attorney at Law, 2770 S. Maryland Parkway, Suite 200, Las Vegas, NV 89109.

    5.  Plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the arrest, seizure or forfeiture of the defendant assets.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said arrest, seizure or forfeiture, as well as to those now known or disclosed.  The parties waive the provisions of California Civil Code § 1542.

    6.  Potential claimant Carlo Mireles and claimant Darryl Scott Poll waive any and all claim or right to interest that may have accrued on the defendant assets being forfeited to the United States.

    7.  Pursuant to the stipulations of the parties, and allegations set forth in the Complaint for Forfeiture <u>In</u> <u>Rem</u> filed January 29, 2004, the Court finds that there was reasonable cause for the seizure and arrest of the defendant assets, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465

shall be entered accordingly.

   8. All parties are to bear their own costs and attorneys' fees, if any.

   SO ORDERED THIS 9th day of January, 2009.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge

### CERTIFICATE OF REASONABLE CAUSE

   Pursuant to the Stipulation for Final Judgment of Forfeiture as to the Interests of Carlo Mireles filed March 18, 2004, the Stipulation for Final Judgment of Forfeiture filed herein, and the allegations set forth in the Complaint for Forfeiture In Rem filed January 29, 2004, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant assets.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge